B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF GEORGIA<br>ATLANTA DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chatman, Marcey Lynn** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0150** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**3392 Bayshore Drive**<br>**Atlanta, GA** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **30340** | ZIP CODE |

| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1573**<br>**Tucker, GA** | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE **30085** | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

---

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

---

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**          **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| ## Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Marcey Lynn Chatman** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**NDGA Atlanta** | Case Number:<br>**14-52840** | Date Filed:<br>**2/10/2014** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **/s/ Jamie L. Gingold**           10/20/2015<br>    **Jamie L. Gingold**                      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.12.1, ID 2751799407)*

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): **Marcey Lynn Chatman** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Marcey Lynn Chatman
_____
**Marcey Lynn Chatman**

**X** _____

_____
Telephone Number (If not represented by attorney)

**10/20/2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

**X** /s/ Jamie L. Gingold
_____
**Jamie L. Gingold**          Bar No. **295401**

**Gingold & Gingold LLC**
**1718 Peachtree Street, NW**
**Suite 385**
**Atlanta, GA 30309**

Phone No. **(404) 685-8800**     Fax No. **(404) 685-8808**

**10/20/2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:    **Marcey Lynn Chatman**                                    Case No. _____

                                                                                    (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:    **Marcey Lynn Chatman**                                                    Case No. _____

                                                                                                              (if known)

                              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

  ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Marcey Lynn Chatman** _____
                                    Marcey Lynn Chatman

Date:   _____**10/20/2015**_____

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  **Marcey Lynn Chatman**                                    Case No. _____
                                                                                         (if known)


# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $29,355.00 - YTD | Employment |
| $34,243.00 - 2014 | |
| $34,682.00 - 2013 | |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 - YTD | Child Support |
| $0.00 - 2014 | |
| $9,356.00 - 2013 | |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re:   **Marcey Lynn Chatman**                                                                Case No. _____

                                                                                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gingold & Gingold LLC**<br>**1718 Peachtree Street, NW**<br>**Suite 385**<br>**Atlanta, GA 30309** | **10/16/15** | **$0.00 Attorney Fees**<br>**$310.00 Filing Fee**<br>**$15.00 Credit Counseling**<br>**(DECAF)** |

---

### 10. Other transfers

None
☑   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:   **Marcey Lynn Chatman**                                                    Case No. _____

                                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:  **Marcey Lynn Chatman**                              Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| | **Debtor was a personal organization consultant  on a part-time basis in South Carolina, where she provided a service to individuals to help them organize their homes and closets.** | |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:   **Marcey Lynn Chatman**                              Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑   a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑   b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  **Marcey Lynn Chatman**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/20/2015**_____

Signature  _____**/s/ Marcey Lynn Chatman**_____
of Debtor     ***Marcey Lynn Chatman***

Date  _____

Signature  _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re **Marcey Lynn Chatman**                                              Case No. _____

                                                                                                (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Time Share<br>Orlando Florida Timeshare<br>To Be Surrendered | Fee Simple | - | $500.00 | $500.00 |
| | | Total: | $500.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Marcey Lynn Chatman**                                     Case No. _____
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | Cash On Hand | - | $10.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Truliant Federal Credit Union | - | $45.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | All Household Items 1 Dining Room Suite; 1 Living Room Suite; 2 Bedroom Suites | - | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | All Clothing | - | $300.00 |
| 7. Furs and jewelry. | | All Jewelry | - | $150.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Marcey Lynn Chatman**                                      Case No. _____

                                                                               (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marcey Lynn Chatman**                                    Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Toyota Camry (220,000 miles) | - | $6,584.00 |
| | | 1998 Honda Accord (500,000 miles) | - | $1,188.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marcey Lynn Chatman**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total  >**  **$8,677.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Marcey Lynn Chatman**                                      Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Time Share<br>Orlando Florida Timeshare<br>To Be Surrendered | O.C.G.A. § 44-13-100(a)(6) | $0.00 | $500.00 |
| Cash On Hand | O.C.G.A. § 44-13-100(a)(6) | $10.00 | $10.00 |
| Truliant Federal Credit Union | O.C.G.A. § 44-13-100(a)(6) | $45.00 | $45.00 |
| All Household Items<br>1 Dining Room Suite; 1 Living Room Suite; 2 Bedroom Suites | O.C.G.A. § 44-13-100(a)(4) | $400.00 | $400.00 |
| All Clothing | O.C.G.A. § 44-13-100(a)(4) | $300.00 | $300.00 |
| All Jewelry | O.C.G.A. § 44-13-100(a)(5) | $150.00 | $150.00 |
| Term Life Insurance Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| 2007 Toyota Camry (220,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $0.00 | $6,584.00 |
| 1998 Honda Accord (500,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $0.00 | $1,188.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$905.00** | **$9,177.00** |

B6D (Official Form 6D) (12/07)

In re  **Marcey Lynn Chatman**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **9169** <br><br> **American General Finance Inc.** <br> **600 N. Royal Avenue** <br> **Evansville, IN 47715** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Non-Purchase Money** <br> COLLATERAL: <br> **Household Items** <br> REMARKS: <br> **Motion to Avoid Lien Filed** <br><br><br> VALUE: $0.00 | | | | $1,501.00 | $1,501.00 |
| ACCT #: **9692** <br><br> **Crescent Bank & Trust** <br> **P.O. Box 61813** <br> **New Orleans, LA 70161** | | - | DATE INCURRED: **12/29/12** <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **2007 Toyota Camry (220,000 miles)** <br> REMARKS: <br><br><br> VALUE: $6,584.00 | | | | $13,701.00 | $7,117.00 |
| **Representing:** <br> **Crescent Bank & Trust** | | | **IDA Dealers** <br> **780 Buford Highway** <br> **Building C-100** <br> **Suwanee, GA 30024-0000** | | | | Notice Only | Notice Only |
| ACCT #: **6236** <br><br> **Elite Financial Services, Inc.** <br> **c/o Pharisee Hall** <br> **1215 NE Main Street** <br> **Simpsonville, SC 29681** | | - | DATE INCURRED: **3/1/10** <br> NATURE OF LIEN: <br> **Non-Purchase Money** <br> COLLATERAL: <br> **1998 Honda Accord (500,000 miles)** <br> REMARKS: <br> **To be surrendered** <br><br> VALUE: $1,188.00 | | | | $1,398.60 | $210.60 |

Subtotal (Total of this Page) >    **$16,600.60**    **$8,828.60**

Total (Use only on last page) >

___2___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                                    Case No. _____
                                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **3480**<br><br>**HJ Russell and Co. #1<br>c/o R. Mays, Attorney<br>P.O. Box 13489<br>Atlanta, GA 30324** | | - | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Judgment**<br>REMARKS:<br>**Motion To Avoid Judicial Lien Filed**<br><br>VALUE:                    **$0.00** | | | | **$2,615.00** | **$2,615.00** |
| **Representing:<br>HJ Russell and Co. #1** | | | **H.J. Russell and Co<br>504 Fair Street<br>Atlanta, GA 30313** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **0436**<br><br>**HJ Russell and Co. #2<br>c/o R. Mays, Attorney<br>P.O. Box 13489<br>Atlanta, GA 30324** | | - | DATE INCURRED: **2010**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Judgment**<br>REMARKS:<br>**Motion to Avoid Lien Filed**<br><br>VALUE:                    **$0.00** | | | | **$2,054.00** | **$2,054.00** |
| ACCT #: **3199**<br><br>**HJ Russell and Co. #3<br>c/o R. Mays, Attorney<br>P.O. Box 13489<br>Atlanta, GA 30324** | | - | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Judgment**<br>REMARKS:<br>**Motion To Avoid Lien Filed**<br><br>VALUE:                    **$0.00** | | | | **$2,083.00** | **$2,083.00** |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal (Total of this Page) > | **$6,752.00**    **$6,752.00** |
| Total (Use only on last page) > | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                                Case No. _____
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **1740** <br><br>**Jhonathan Cano-Castro**<br>**3425 Bayshore Drive**<br>**Atlanta, GA 30340** | | - | DATE INCURRED:  **2012**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Judgment**<br>REMARKS:<br>**Motion To Avoid Judicial Lien Filed**<br><br>VALUE:                         **$0.00** | | | | $4,150.00 | $4,150.00 |
| ACCT #: **9003** <br><br>**Westgate Resorts**<br>**P.O. Box 850001**<br>**Orlando, FL 32885** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Time Share**<br>COLLATERAL:<br>**Time Share**<br>REMARKS:<br>**To Be Surrendered**<br><br>VALUE:                      **$500.00** | | | | $500.00 | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    | $4,650.00 | $4,150.00 |

Total (Use only on last page) >   | $28,002.60 | $19,730.60 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Marcey Lynn Chatman**                                   Case No. _____
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Marcey Lynn Chatman**                                    Case No. _____

                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **0150**<br>**Internal Revenue Service**<br>**401 W Peachtree St.**<br>**Room 1665, Stop 334-D**<br>**Atlanta, GA 30308-0000** | | - | DATE INCURRED: **2011 & 2012**<br>CONSIDERATION:<br>**Income Tax**<br>REMARKS: | | | | $507.25 | $507.25 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets     **Subtotals (Totals of this page) >** | $507.25 | $507.25 | $0.00

attached to Schedule of Creditors Holding Priority Claims

**Total >**   $507.25

**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

**Totals >**   $507.25   $0.00

**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **Marcey Lynn Chatman**                                Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  0852<br>**A+ Financial Services**<br>**4039 Jonesboro Road, SE**<br>**Atlanta, GA 30297** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $20.00 |
| ACCT #:  4816<br>**Aaron's Rent To Own**<br>**5399 Memorial Drive**<br>**Stone Mountain, GA 30083** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Contingent Liability**<br>REMARKS: | | | | $908.00 |
| ACCT #:  0150<br>**ACS/Bank of America**<br>**501 Bleecker Street**<br>**Utica, NY 13501** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS:<br>**To Be Paid Outside of Plan** | | | | $10,595.00 |
| ACCT #:  0150<br>**Advance America**<br>**496 S. Pleasantburg Drive #E**<br>**Greenville, SC 29607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $100.00 |
| ACCT #:  0150<br>**AES**<br>**P.O. Box 1463**<br>**Harrisburg, PA 17105** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS:<br>**To be Paid Outside of Plan** | | | | $6,507.00 |
| ACCT #:  5597<br>**Allstate Insurance**<br>**7704 Augusta Road**<br>**Unit A**<br>**Piedmont, SC 29673** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | Unknown |
| | | | | | | Subtotal > | **$18,130.00** |
| | | | | | | Total > | |

      15      continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                          Case No. _____

                                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **0161**<br>**Alltel Communications**<br>**1001 Technology Drive**<br>**Little Rock, AR 72223** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$609.00** |
| ACCT #:  **1927**<br>**Apollo Group Inc**<br>**4615 E. Elmwood Street**<br>**Phoenix, AZ 85040** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS:<br>**To be paid outside of plan** | | | | **$3,536.00** |
| ACCT #:  **0150**<br>**Approved Cash Advance**<br>**2400 H N. Pleasanturg Drive**<br>**Greenville, SC 29607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **3799**<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$764.00** |
| ACCT #:  **4792**<br>**Atlas Acquisitions LLC**<br>**294 Union Street**<br>**Hackensack, NJ 07601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$745.00** |
| ACCT #:  **4506**<br>**Budget Rental**<br>**P.O. Box 20945**<br>**Atlanta, GA 30320** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$295.00** |

Sheet no. _____1_____ of _____15_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$5,949.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                   Case No. _____
                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1315**<br>**Capital One**<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $502.00 |
| ACCT #:  **7202**<br>**Central Financial Control**<br>P.O. Box 66044<br>Anaheim, CA 92816-0000 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $610.00 |
| ACCT #:  **6969**<br>**Charter Communications**<br>2 Digital Place<br>Simpsonville, SC 29681 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $346.00 |
| ACCT #:  **7917**<br>**Comcast**<br>c/o Stellar Recovery<br>P.O. Box 2127<br>Norcross, GA 30093 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $120.00 |
| ACCT #:  **5431**<br>**Cross Country Bank**<br>P.O. Box 17120<br>Wilmington, DE 19886 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $612.00 |
| ACCT #:  **5779**<br>**Crossing Book Club**<br>P.O. Box 6307<br>Camp Hill, PA 17012 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $68.00 |

Sheet no. _____**2**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     $2,258.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **0150**<br>**Dekalb ED Physicians**<br>**2701 North Decatur Road**<br>**Decatur, GA 30033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $237.00 |
| **Representing:**<br>**Dekalb ED Physicians** | | | **Stanislaus Credit Control**<br>**P.O. Box 480**<br>**Modesto, CA 95354** | | | | **Notice Only** |
| ACCT #:  **0150**<br>**Dekalb Medical Center**<br>**2701 North Decatur Road**<br>**Decatur, GA 30033-0000** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $200.00 |
| ACCT #:  **9456**<br>**Direct TV**<br>**c/o NCO Financial**<br>**P.O. Box 17205**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $393.00 |
| ACCT #:  **3907**<br>**Dr. Ryland Trynham**<br>**2 Pointe Circle**<br>**Greenville, SC 29615** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $466.00 |
| ACCT #:  **8035**<br>**Duke Energy**<br>**P.O. Box 1245**<br>**Charlotte, NC 28201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $82.00 |

Sheet no. ____**3**____ of ____**15**____  continuation sheets attached to                              **Subtotal >**                | **$1,378.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                    Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  4965<br>**ECMC**<br>**P.O. Box 16408**<br>**St. Paul, MN 55175** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**To be paid outside of plan** | | | | **$6,545.00** |
| ACCT #:  8757<br>**Elite Car Rental**<br>**215 Duvall Street**<br>**Greenville, SC 29607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$172.00** |
| ACCT #:  4792<br>**Elite Enterprise**<br>**c/o Atlas Acquisitions LLC**<br>**294 Union Street**<br>**Hackensack, NJ 07601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$695.00** |
| ACCT #:  3737<br>**Enterprise Rental**<br>**1500 Laurens Road**<br>**Greenville, SC 29607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$333.00** |
| **Representing:**<br>**Enterprise Rental** | | | **FFCC Columbus Inc**<br>**P.O. Box 20790**<br>**Columbus, OH 43220** | | | | **Notice Only** |
| ACCT #:  7996<br>**Express Check Advance**<br>**3113 Pleasantburg Drive**<br>**Greenville, SC 29609** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$345.00** |

Sheet no. ____4____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$8,090.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  0377<br>**First National Credit**<br>P.O. Box 2490<br>Omaha, NE 68103 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $455.00 |
| ACCT #:  0563<br>**First Premier**<br>P.O. Box 5524<br>Sioux Falls, SD 57117-0000 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $454.00 |
| **Representing:**<br>**First Premier** | | | **Premier Bankcard**<br>P.O. Box 2208<br>Vacaville, CA 95696 | | | | **Notice Only** |
| ACCT #:<br>**Five Oaks Worthing**<br>1200 Montreal Road<br>Tucker, GA 30084 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $4,210.00 |
| **Representing:**<br>**Five Oaks Worthing** | | | **National Credit Systems**<br>P.O. Box 312125<br>Atlanta, GA 31131 | | | | **Notice Only** |
| ACCT #:  8755<br>**Geico**<br>1 Geico Plaza<br>Bethesda, MD 20810 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $469.00 |

Sheet no. ___5___ of ___15___ continuation sheets attached to          **Subtotal >**          **$5,588.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                   **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcey Lynn Chatman**                                      Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4500**<br>**Georgia Natural Gas**<br>**P.O. Box 440667**<br>**Kennesaw, GA 30160** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$350.00** |
| **Representing:**<br>**Georgia Natural Gas** | | | **Credit Protection**<br>**P.O. Box 802068**<br>**Dallas, TX 75380** | | | | **Notice Only** |
| ACCT #:  **4642**<br>**Greenville County EMS**<br>**P.O. Box 863**<br>**Lewisville, NC 27023** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$488.00** |
| ACCT #:  **8001**<br>**Greenville County Tax Comm.**<br>**301 University Rdg**<br>**Suite 700**<br>**Greenville, SC 29601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Disputed Property Tax**<br>REMARKS:<br>**Disputed** | | | | **$8,133.00** |
| ACCT #:  **4431**<br>**Greenville Hospital Systems**<br>**701 Grove Road**<br>**Greenville, SC 29605** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$3,004.00** |
| ACCT #:  **0150**<br>**Greenville Proaxis Therapy**<br>**200 Patewood Drive**<br>**Greenville, SC 29615** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$358.00** |

Sheet no. _____**6**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$12,333.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Greenville Proaxis Therapy** | | | **Managed Recovery Systems**<br>**1435B Augusta Street**<br>**Greenville, SC 29605** | | | | **Notice Only** |
| ACCT #:  **3501**<br>**Greenville Radiology**<br>**1210 West Farris Ridge**<br>**Greenville, SC 29605** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS:<br>**several accounts** | | | | **$723.00** |
| **Representing:**<br>**Greenville Radiology** | | | **Business Revenue Systems**<br>**2419 Spy Run Avenue**<br>**Suite A**<br>**Fort Wayne, IN 46805** | | | | **Notice Only** |
| ACCT #:  **6370**<br>**Greenville Water Systems**<br>**P.O. Box 687**<br>**Greenville, SC 29602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$128.00** |
| ACCT #:  **6655**<br>**Jefferson Capital Systems LLC**<br>**P.O. Box 7999**<br>**Saint Cloud, MN 56302** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$734.00** |
| ACCT #:  **0106**<br>**Kaiser Permanente**<br>**P.O. Box 403055**<br>**Atlanta, GA 30384** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$105.00** |

Sheet no. _____**7**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$1,690.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcey Lynn Chatman**                                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  0150<br>**Kaiser Permanente**<br>**P.O. Box 403055**<br>**Atlanta, GA 30384** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$350.00** |
| ACCT #:  0150<br>**Market Masters Realty**<br>**14725 Creek Club Drive**<br>**Alpharetta, GA 30004** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Past Due Account on Apartment Lease**<br>REMARKS: | | | | **$2,850.00** |
| ACCT #:  7389<br>**MCI**<br>**c/o LVNV Funding LLC**<br>**Resurgent Capital Services**<br>**P.O. Box 10587**<br>**Greenville, SC 29603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **$1,122.00** |
| ACCT #:  0150<br>**Milestone Family Medicine**<br>**12 Arborland Way**<br>**Greenville, SC 29615** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | **$337.00** |
| **Representing:**<br>**Milestone Family Medicine** | | | **Managed Recovery Systems**<br>**1435B Augusta Street**<br>**Greenville, SC 29605** | | | | **Notice Only** |
| ACCT #:  0150<br>**National Student Loan Program**<br>**Account Control Technology**<br>**5531 Business Park South**<br>**Bakersfield, CA 93309** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS:<br>**To be Paid Outside of Plan** | | | | **$6,188.00** |

Sheet no. ____8____ of ____15____ continuation sheets attached to                          Subtotal >     **$10,847.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                              (Use only on last page of the completed Schedule F.)
                      (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                                     Case No. _____

                                                                            (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **National Student Loan Program** | | | **Great Lakes Higher Education** **2401 International Lane** **Madison, WI 53704-0000** | | | | **Notice Only** |
| ACCT #:  **0150** **National Student Loan Program** **P.O. Box 82507** **Lincoln, NE 68508-0000** | | - | DATE INCURRED: CONSIDERATION: **Student Loans** REMARKS: **To be Paid Outside of Plan** | | | | **$7,770.00** |
| ACCT #:  **0150** **North Fulton Hospital** **3000 Hospital Blvd** **Roswell, GA 30076** | | - | DATE INCURRED: CONSIDERATION: **Past Due Medical** REMARKS: | | | | **$610.00** |
| **Representing:** **North Fulton Hospital** | | | **Sydicated Office Systems** **P.O. Box 660873** **Dallas, TX 75266** | | | | **Notice Only** |
| ACCT #:  **2689** **Northside Hospital** **1100 Johnson Ferry Road** **Suite 780** **Atlanta, GA 30342-0000** | | - | DATE INCURRED: CONSIDERATION: **Past Due Medical** REMARKS: | | | | **$290.00** |
| ACCT #:  **5242** **Northside Hospital** **c/o Patient Account Bureau** **P.O. Box 279** **Norcross, GA 30091-0000** | | - | DATE INCURRED: CONSIDERATION: **Past Due Medical** REMARKS: | | | | **$1,809.00** |

Sheet no. ____**9**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$10,479.00** |
|---|---|---|
|  | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                          Case No. _____
                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  8927 <br> **Regional Finance** <br> **1414 E Washington Street** <br> **Suite H** <br> **Greenville, SC 29607** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Loan** <br> REMARKS: | | | | **$563.00** |
| **Representing:** <br> **Regional Finance** | | | **Regional Management Corporation** <br> **P.O. Box 776** <br> **Mauldin, SC 29662** | | | | **Notice Only** |
| ACCT #:  0150 <br> **Roswell Radiology Assoc** <br> **3000 Hospital Blvd** <br> **Roswell, GA 30076** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Past Due Medical** <br> REMARKS: | | | | **$485.00** |
| **Representing:** <br> **Roswell Radiology Assoc** | | | **Carter-Young Inc** <br> **1500 Klondike Road** <br> **Suite  A-210** <br> **Conyers, GA 30094** | | | | **Notice Only** |
| ACCT #:  0150 <br> **Roswell Radiology Assoc** <br> **c/o Carter-Young, Inc** <br> **1500 Klondike Road** <br> **Suite A-210** <br> **Conyers, GA 30094** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Past Due Medical** <br> REMARKS: | | | | **$567.00** |
| ACCT #:  8247 <br> **Southern Emergency Physicians** <br> **P.O. Box 602162** <br> **Charlotte, NC 28260** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Past Due Medical** <br> REMARKS: | | | | **$420.00** |

Sheet no. ____**10**____ of ____**15**____ continuation sheets attached to                              **Subtotal >**          **$2,035.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                         **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcey Lynn Chatman**                                    Case No. _____
                                                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  7389<br>**Springlead Financial**<br>**c/o LVNV Funding LLC**<br>**Resurgent Capital Services**<br>**P.O. Box 10587**<br>**Greenville, SC 29603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $1,469.00 |
| ACCT #:  4171<br>**Sprint**<br>**Attention: Bankruptcy**<br>**P.O. Box 7949**<br>**Overland Park, KS 66207** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $1,191.00 |
| **Representing:**<br>**Sprint** | | | **Convergent Outsourcing Inc**<br>**800 SW 39th Street**<br>**Renton, WA 98057** | | | | **Notice Only** |
| ACCT #:  3011<br>**St. Francis Women's Hospital**<br>**1 St. Francis Drive**<br>**Greenville, SC 29601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS:<br>**several accounts** | | | | $3,674.00 |
| **Representing:**<br>**St. Francis Women's Hospital** | | | **Shafer Law Firm**<br>**3525 Piedmont Road, NE**<br>**6 Piedmont Center, Suite 302**<br>**Atlanta, GA 30305-0000** | | | | **Notice Only** |
| ACCT #:  5447<br>**Suntrust**<br>**P.O. Box 791144**<br>**Baltimore, MD 21279-0000** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____11____ of ____15____ continuation sheets attached to                                    **Subtotal >**    **$6,334.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                        (Use only on last page of the completed Schedule F.)
                                                (Report also on Summary of Schedules and, if applicable, on the
                                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                                     Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  0150<br>**Surgical Associates**<br>**c/o Carter-Young, Inc**<br>**1500 Klondike Road**<br>**Suite A-210**<br>**Conyers, GA 30094** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $261.00 |
| ACCT #:  0150<br>**T-Mobile**<br>**12920 SE 38th Street**<br>**Bellevue, WA 98006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $1,218.00 |
| **Representing:**<br>**T-Mobile** | | | **American InfoSource LP**<br>**Midland Funding**<br>**P.O. Box 268941**<br>**Oklahoma City, OK 73126** | | | | **Notice Only** |
| ACCT #:  4788<br>**Tenet Healthcare**<br>**c/o Ashley Funding Services LLC**<br>**c/o Resurgent Capital Services**<br>**Greenville, SC 29603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $108.00 |
| ACCT #:  4788<br>**Tenet Healthcare**<br>**c/o Ashley Funding Services LLC**<br>**c/o Resurgent Capital Services**<br>**Greenville, SC 29603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | $510.00 |
| ACCT #:  0150<br>**The Money Store**<br>**7606 Augusta Road**<br>**Piedmont, SC 29673** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____12____ of ____15____ continuation sheets attached to          **Subtotal >**          **$2,097.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcey Lynn Chatman**                                  Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **0150**<br>**The Vintage**<br>**c/o National Credit Systems**<br>**P.O. Box 312125**<br>**Atlanta, GA 31131** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $575.00 |
| ACCT #:  **1753**<br>**Triangle Rent-A-Car**<br>**399 N. Pleasantburg Drive**<br>**Greenville, SC 29510** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $229.00 |
| ACCT #:  **A002**<br>**Upper Extremity Rehab**<br>**201 Roper Creek Drive**<br>**Greenville, SC 29615** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Medical**<br>REMARKS: | | | | Unknown |
| ACCT #:  **9529**<br>**US Department of Education**<br>**c/o Progressive Financial Services**<br>**1209 4th Avenue - Dept PRO**<br>**Nashville, TN 37210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS:<br>**To be Paid outside of Plan** | | | | $10,159.00 |
| **Representing:**<br>**US Department of Education** | | | **Great Lakes Higher Education**<br>**2401 International Lane**<br>**Madison, WI 53704-0000** | | | | Notice Only |
| **Representing:**<br>**US Department of Education** | | | **National Payment Center**<br>**US Department of Education**<br>**P.O. Box 150528**<br>**Atlanta, GA 30348** | | | | Notice Only |

Sheet no. ____**13**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$10,963.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcey Lynn Chatman**                                      Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **US Department of Education** | | | **US Department of Education** **Claims Filing Unit** **P.O. Box 8973** **Madison, WI 53708** | | | | **Notice Only** |
| ACCT #:  **1906** **US Department of Education** **P.O. Box 16448** **Saint Paul, MN 55116** | | - | DATE INCURRED: CONSIDERATION: **Student Loan** REMARKS: **To be paid outside of the plan.** | | | | **$63,997.00** |
| **Representing:** **US Department of Education** | | | **ECMC** **P.O. Box 64909** **Saint Paul, MN 55164** | | | | **Notice Only** |
| **Representing:** **US Department of Education** | | | **Nelnet** **National Student Loan Program** **PO Box 82507** **Lincoln NE 68501** | | | | **Notice Only** |
| ACCT #: **Village at Castleberry** **c/o National Credit Systems** **P.O. Box 312125** **Atlanta, GA 31131** | | - | DATE INCURRED: CONSIDERATION: **Past Due Rent** REMARKS: | | | | **Notice Only** |
| ACCT #:  **8590** **Wells Fargo** **P.O. Box 969** **Greenville, SC 29602** | | - | DATE INCURRED: CONSIDERATION: **Past Due Account** REMARKS: | | | | **$802.00** |

Sheet no. ____**14**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    **$64,799.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marcey Lynn Chatman**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9211**<br>**Woodforest Bank**<br>**P.O. Box 7889**<br>**The Woodlands, TX 77386** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Account**<br>REMARKS: | | | | $895.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**15**____ of ____**15**____ continuation sheets attached to          **Subtotal >** | $895.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          **Total >** | $163,865.00
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Marcey Lynn Chatman**                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Marcey Lynn Chatman**                                   Case No. _____
                                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| Debtor 1 | Marcey | Lynn | Chatman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| **Occupation** | | **Medical Case Manager** | |
| **Employer's name** | | **AID Atlanta, Inc** | |
| **Employer's address** | | **1605 Peachrtee Street** <br> Number  Street | <br> Number  Street |
| | | **Atlanta        GA    30309** <br> City          State  Zip Code | <br> City              State  Zip Code |
| **How long employed there?** | | **3 Years** | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,090.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$3,090.00** | |

Debtor 1  **Marcey**              **Lynn**              **Chatman**                    Case number (if known) _____
          First Name          Middle Name          Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................ ➜ | 4. | $3,090.00 | _____ |
| **5.** **List all payroll deductions:** |  |  |  |
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $311.00 | _____ |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $0.00 | _____ |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $50.00 | _____ |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $0.00 | _____ |
| 5e.  **Insurance** | 5e. | $242.00 | _____ |
| 5f.  **Domestic support obligations** | 5f. | $0.00 | _____ |
| 5g.  **Union dues** | 5g. | $0.00 | _____ |
| 5h.  **Other deductions.**<br>Specify:  life insurance | 5h.+ | $8.00 | _____ |
| **6.** **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $611.00 |  |
| **7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $2,479.00 | _____ |
| **8.** **List all other income regularly received:** |  |  |  |
| 8a.  **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | _____ |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| 8b.  **Interest and dividends** | 8b. | $0.00 | _____ |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | _____ |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| 8d.  **Unemployment compensation** | 8d. | $0.00 | _____ |
| 8e.  **Social Security** | 8e. | $0.00 | _____ |
| 8f.  **Other government assistance that you regularly receive** |  |  |  |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | _____ |
| 8g.  **Pension or retirement income** | 8g. | $0.00 | _____ |
| 8h.  **Other monthly income.**<br>Specify: _____ | 8h.+ | $0.00 | _____ |
| **9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | _____ |
| **10.** **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,479.00 + _____ = $2,479.00 |  |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.  $2,479.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  | Debtor is currently on Short Term Disability and is receiving 60% of her pay. |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Marcey** | **Lynn** | **Chatman** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **20** | ☐ No ☑ Yes |
| **Daughter** | **25** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I).

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$813.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | _____ |
| 4d. Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1   **Marcey**          **Lynn**          **Chatman**                    Case number (if known) _____
          First Name          Middle Name          Last Name

|  |  | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$150.00** |
| | 6b. Water, sewer, garbage collection | 6b. | _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$101.00** |
| | 6d. Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$430.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | _____ |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$354.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | _____ |
| | 15c. Vehicle insurance | 15c. | **$144.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **ad valorem** | 16. | **$17.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: _____ | 17c. | _____ |
| | 17d. Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | _____ |
| | 20b. Real estate taxes | 20b. | _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e. Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1  **Marcey**              **Lynn**              **Chatman**          Case number (if known) _____
          First Name              Middle Name           Last Name

**21.** **Other.**  Specify: **automobile maintenance**                        21.  **+** _____ **$20.00**

**22.** **Your monthly expenses.**   Add lines 4 through 21.
        The result is your monthly expenses.                                  22.  _____ **$2,179.00**

**23.** **Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.        23a.  _____ **$2,479.00**

   23b.  Copy your monthly expenses from line 22 above.                      23b.  **–** _____ **$2,179.00**

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                             23c.  _____ **$300.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
   payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes. | Explain here:
         | **None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re  **Marcey Lynn Chatman**

Case No.

Chapter        **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $500.00 | | |
| B - Personal Property | Yes | 4 | $8,677.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $28,002.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $507.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $163,865.00 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,479.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $2,179.00 |
| TOTAL | | 34 | $9,177.00 | $192,374.85 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re  **Marcey Lynn Chatman**                                    Case No.

                                                                 Chapter      **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
    information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $507.25 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $115,297.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$115,804.25** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $2,479.00 |
| Average Expenses (from Schedule J, Line 22) | $2,179.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $3,090.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $19,730.60 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $507.25 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $163,865.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $183,595.60 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Marcey Lynn Chatman**                                       Case No. _____
                                                                                    (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **10/20/2015**_____        Signature  __**/s/ Marcey Lynn Chatman**_____
                                                                **Marcey Lynn Chatman**


Date _____        Signature _____

                                                            [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:  **Marcey Lynn Chatman**                                    CASE NO

                                                                 CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$4,500.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$4,500.00** |

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **a) Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under title 11 of the United States Code.**
    **b)Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the Court.**
    **c)Representation of the Debtor at the meeting of creditors.**
    **d)Stop creditor actions against client**
    **e)Pre-confirmation Motion to Extend or Impose Stay**
    **f)Response to Pre-Confirmation Motion for Relief from Stay**
    **g)Employer Deduction Order**
    **h)Lien avoidances necessary to confirm Plan**

    **i)Amendments necessary to confirm Plan**
    **j)Objections to claims necessary to confirm Plan**
    **k)Bar date review of claims, filing of certification and resulting pleadings**
    **l)Change of address**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:  **Marcey Lynn Chatman**                                        CASE NO

                                                                                      CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Motion to Retain Funds                              $450.00**
   **Amendment to Schedules             $300.00**
   **Plan Modification             $300.00**
   **Lien Avoidance             $300.00**
   **Objection to Claim             $350.00**
   **Resolving Motion for Relief from Stay        $450.00**
   **Motion to Suspend or Excuse Plan Payments             $350.00**
   **Motion to Sell Property             $500.00**
   **Motion to Compromise Claim             $500.00**
   **Application to Employ Professional             $400.00**
   **Motion to Refinance Property or Motion to Incur Debt$500.00**
   **Resolving Motion to Dismiss$350.00**
   **Resolving Trustee's Request for Tax Returns$400.00**
   **Resolving Creditor or Trustee Motion to Modify Plan$150.00**
   **Motion to sever or Dismiss as to one joint Debtor$300.00**
   **Motion to Reopen or to Vacate Dismissal Order$500.00**
   **Motion to Reimpose Stay$500.00**
   **Adversary Proceedings$300.00/hr**
   **Miscellaneous Action$400.00**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.  Pursuant to General Order No. 9, I certify that I provided to the Debtor a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys".

| | |
|---|---|
| **10/20/2015** | **/s/ Jamie L. Gingold** |
| *Date* | *Jamie L. Gingold*          Bar No.  295401 |
| | Gingold & Gingold LLC |
| | 1718 Peachtree Street, NW |
| | Suite 385 |
| | Atlanta, GA 30309 |
| | Phone: (404) 685-8800 / Fax: (404) 685-8808 |

---

  **/s/ Marcey Lynn Chatman**
*Marcey Lynn Chatman*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:   **Marcey Lynn Chatman**                                    CASE NO

                                                                    CHAPTER    **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/20/2015                                Signature  /s/ Marcey Lynn Chatman
                                                          *Marcey Lynn Chatman*

Date _____                     Signature _____

A+ Financial Services
4039 Jonesboro Road, SE
Atlanta, GA 30297


Aaron's Rent To Own
5399 Memorial Drive
Stone Mountain, GA 30083


ACS/Bank of America
501 Bleecker Street
Utica, NY 13501


Advance America
496 S. Pleasantburg Drive #E
Greenville, SC 29607


AES
P.O. Box 1463
Harrisburg, PA 17105


Allstate Insurance
7704 Augusta Road
Unit A
Piedmont, SC 29673


Alltel Communications
1001 Technology Drive
Little Rock, AR 72223


American General Finance Inc.
600 N. Royal Avenue
Evansville, IN 47715


American InfoSource LP
Midland Funding
P.O. Box 268941
Oklahoma City, OK 73126

Apollo Group Inc
4615 E. Elmwood Street
Phoenix, AZ 85040


Approved Cash Advance
2400 H N. Pleasantburg Drive
Greenville, SC 29607


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601


Budget Rental
P.O. Box 20945
Atlanta, GA 30320


Business Revenue Systems
2419 Spy Run Avenue
Suite A
Fort Wayne, IN 46805


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Carter-Young Inc
1500 Klondike Road
Suite  A-210
Conyers, GA 30094


Central Financial Control
P.O. Box 66044
Anaheim, CA 92816-0000

Charter Communications
2 Digital Place
Simpsonville, SC 29681


Comcast
c/o Stellar Recovery
P.O. Box 2127
Norcross, GA 30093


Convergent Outsourcing Inc
800 SW 39th Street
Renton, WA 98057


Credit Protection
P.O. Box 802068
Dallas, TX 75380


Crescent Bank & Trust
P.O. Box 61813
New Orleans, LA 70161


Cross Country Bank
P.O. Box 17120
Wilmington, DE 19886


Crossing Book Club
P.O. Box 6307
Camp Hill, PA 17012


Dekalb ED Physicians
2701 North Decatur Road
Decatur, GA 30033


Dekalb Medical Center
2701 North Decatur Road
Decatur, GA 30033-0000

Direct TV
c/o NCO Financial
P.O. Box 17205
Wilmington, DE 19850


Dr. Ryland Trynham
2 Pointe Circle
Greenville, SC 29615


Duke Energy
P.O. Box 1245
Charlotte, NC 28201


ECMC
P.O. Box 64909
Saint Paul, MN 55164


ECMC
P.O. Box 16408
St. Paul, MN 55175


Elite Car Rental
215 Duvall Street
Greenville, SC 29607


Elite Enterprise
c/o Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601


Elite Financial Services, Inc.
c/o Pharisee Hall
1215 NE Main Street
Simpsonville, SC 29681


Enterprise Rental
1500 Laurens Road
Greenville, SC 29607

Express Check Advance
3113 Pleasantburg Drive
Greenville, SC 29609


FFCC Columbus Inc
P.O. Box 20790
Columbus, OH 43220


First National Credit
P.O. Box 2490
Omaha, NE 68103


First Premier
P.O. Box 5524
Sioux Falls, SD 57117-0000


Five Oaks Worthing
1200 Montreal Road
Tucker, GA 30084


Geico
1 Geico Plaza
Bethesda, MD 20810


Georgia Natural Gas
P.O. Box 440667
Kennesaw, GA 30160


Great Lakes Higher Education
2401 International Lane
Madison, WI 53704-0000


Greenville County EMS
P.O. Box 863
Lewisville, NC 27023

Greenville County Tax Comm.
301 University Rdg
Suite 700
Greenville, SC 29601


Greenville Hospital Systems
701 Grove Road
Greenville, SC 29605


Greenville Proaxis Therapy
200 Patewood Drive
Greenville, SC 29615


Greenville Radiology
1210 West Farris Ridge
Greenville, SC 29605


Greenville Water Systems
P.O. Box 687
Greenville, SC 29602


H.J. Russell and Co
504 Fair Street
Atlanta, GA 30313


HJ Russell and Co. #1
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324


HJ Russell and Co. #2
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324


HJ Russell and Co. #3
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324

IDA Dealers
780 Buford Highway
Building C-100
Suwanee, GA 30024-0000


Internal Revenue Service
401 W Peachtree St.
Room 1665, Stop 334-D
Atlanta, GA 30308-0000


Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302


Jhonathan Cano-Castro
3425 Bayshore Drive
Atlanta, GA 30340


Kaiser Permanente
P.O. Box 403055
Atlanta, GA 30384


Managed Recovery Systems
1435B Augusta Street
Greenville, SC 29605


Market Masters Realty
14725 Creek Club Drive
Alpharetta, GA 30004


MCI
c/o LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


Milestone Family Medicine
12 Arborland Way
Greenville, SC 29615

National Credit Systems
P.O. Box 312125
Atlanta, GA 31131


National Payment Center
US Department of Education
P.O. Box 150528
Atlanta, GA 30348


National Student Loan Program
Account Control Technology
5531 Business Park South
Bakersfield, CA 93309


National Student Loan Program
P.O. Box 82507
Lincoln, NE 68508-0000


Nelnet
National Student Loan Program
PO Box 82507
Lincoln NE 68501


North Fulton Hospital
3000 Hospital Blvd
Roswell, GA 30076


Northside Hospital
1100 Johnson Ferry Road
Suite 780
Atlanta, GA 30342-0000


Northside Hospital
c/o Patient Account Bureau
P.O. Box 279
Norcross, GA 30091-0000


Premier Bankcard
P.O. Box 2208
Vacaville, CA 95696

Regional Finance
1414 E Washington Street
Suite H
Greenville, SC 29607


Regional Management Corporation
P.O. Box 776
Mauldin, SC 29662


Roswell Radiology Assoc
3000 Hospital Blvd
Roswell, GA 30076


Roswell Radiology Assoc
c/o Carter-Young, Inc
1500 Klondike Road
Suite A-210
Conyers, GA 30094


Shafer Law Firm
3525 Piedmont Road, NE
6 Piedmont Center, Suite 302
Atlanta, GA 30305-0000


Southern Emergency Physicians
P.O. Box 602162
Charlotte, NC 28260


Springlead Financial
c/o LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


Sprint
Attention: Bankruptcy
P.O. Box 7949
Overland Park, KS 66207


St. Francis Women's Hospital
1 St. Francis Drive
Greenville, SC 29601

Stanislaus Credit Control
P.O. Box 480
Modesto, CA 95354


Suntrust
P.O. Box 791144
Baltimore, MD 21279-0000


Surgical Associates
c/o Carter-Young, Inc
1500 Klondike Road
Suite A-210
Conyers, GA 30094

Sydicated Office Systems
P.O. Box 660873
Dallas, TX 75266


T-Mobile
12920 SE 38th Street
Bellevue, WA 98006


Tenet Healthcare
c/o Ashley Funding Services LLC
c/o Resurgent Capital Services
Greenville, SC 29603


The Money Store
7606 Augusta Road
Piedmont, SC 29673


The Vintage
c/o National Credit Systems
P.O. Box 312125
Atlanta, GA 31131


Triangle Rent-A-Car
399 N. Pleasantburg Drive
Greenville, SC 29510

Upper Extremity Rehab
201 Roper Creek Drive
Greenville, SC 29615


US Department of Education
c/o Progressive Financial Services
1209 4th Avenue - Dept PRO
Nashville, TN 37210


US Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708


US Department of Education
P.O. Box 16448
Saint Paul, MN 55116


Village at Castleberry
c/o National Credit Systems
P.O. Box 312125
Atlanta, GA 31131


Wells Fargo
P.O. Box 969
Greenville, SC 29602


Westgate Resorts
P.O. Box 850001
Orlando, FL 32885


Woodforest Bank
P.O. Box 7889
The Woodlands, TX 77386

**Fill in this information to identify your case:**

Debtor 1     **Marcey**        **Lynn**        **Chatman**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined
     under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined
     under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☑ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $3,090.00 | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $0.00 | |
| Ordinary and necessary operating expenses    − | $0.00 | |
| Net monthly income from a business, profession, or farm | $0.00   Copy here ➜ | $0.00 | |

6. **Net income from rental and other real property**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $0.00 | |
| Ordinary and necessary operating expenses    − | $0.00 | |
| Net monthly income from rental or other real property | $0.00   Copy here ➜ | $0.00 | |

7. **Interest, dividends, and royalties**      $0.00

Debtor 1    **Marcey**             **Lynn**              **Chatman**                      Case number (if known) _____
          First Name             Middle Name          Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8.  **Unemployment compensation**                                    $0.00          _____

    Do not enter the amount if you contend that the amount received was a
    benefit under the Social Security Act.  Instead, list it here: .................↓

       For you................................................................    $0.00

       For your spouse......................................................

9.  **Pension or retirement income.**  Do not include any amount received that    $0.00          _____
    was a benefit under the Social Security Act.

10. **Income from all other sources not listed above.**  Specify the source and
    amount.  Do not include any benefits received under the Social Security Act
    or payments received as a victim of a war crime, a crime against humanity,
    or international or domestic terrorism.  If necessary, list other sources on a
    separate page and put the total on line 10c.

    10a. _____    _____    _____

    10b. _____    _____    _____

       10c.  Total amounts from separate pages, if any.          + _____   + _____

11. **Calculate your total average monthly income.**
    Add lines 2 through 10 for each column.               [ $3,090.00 ] + [           ] = [ **$3,090.00** ]
    Then add the total for Column A to the total for Column B.
                                                                                          Total average
                                                                                          monthly income

---

**Part 2:**    **Determine How to Measure Your Deductions from Income**

---

12. **Copy your total average monthly income from line 11.** ..................................................    $3,090.00

13. **Calculate the marital adjustment.**  Check one:

    ☑  You are not married.  Fill in 0 in line 13d.

    ☐  You are married and your spouse is filing with you.  Fill in 0 in line 13d.

    ☐  You are married and your spouse is not filing with you.
        Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses
        of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other
        than you or your dependents.

        In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose.  If
        necessary, list additional adjustments on a separate page.

        If this adjustment does not apply, enter 0 on line 13d.

    13a. _____    _____
    13b. _____    _____
    13c. _____  + _____
    13d. Total........................................................    [ $0.00 ]    Copy here.....➔...... 13d.  —    $0.00

14. **Your current monthly income.**  Subtract line 13d from line 12.                        14.  [ $3,090.00 ]

15. **Calculate your current monthly income for the year.**  Follow these steps:

    15a. Copy line 14 here ➔ ..........................................................................    15a.  [ $3,090.00 ]

          Multiply line 15a by 12 (the number of months in a year).                         X    12

    15b. The result is your current monthly income for the year for this part of the form.    15b.  [ $37,080.00 ]

| Debtor 1 | **Marcey** | **Lynn** | **Chatman** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**16.** **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. _____ **Georgia** _____

16b. Fill in the number of people in your household. _____ **3** _____

16c. Fill in the median family income for your state and size of household....................................................... 16c. **$58,797.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17.** **How do the lines compare?**

17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined
under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Disposable Income (Official Form 22C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that
form, copy your current monthly income from line 14 above.

## Part 3:   Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18.** **Copy your total average monthly income from line 11.** ........................................................................ 18. **$3,090.00**

**19.** **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a. 19a. ▬ **$0.00**

**Subtract line 19a from line 18.** 19b. **$3,090.00**

**20.** **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ........................................................................................................................ 20a. **$3,090.00**

Multiply by 12 (the number of months in a year). X **12**

20b. The result is your current monthly income for the year for this part of the form. 20b. **$37,080.00**

20c. Copy the median family income for your state and size of household from line 16c. .......................... 20c. **$58,797.00**

**21.** **How do the lines compare?**

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1
of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4:   Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Marcey Lynn Chatman** _____   X _____
**Marcey Lynn Chatman**   Signature of Debtor 2

Date **10/20/2015** _____   Date _____
MM / DD / YYYY   MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.