IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARCEY LYNN CHATMAN, | * | |
| | * | CASE NO.15-70160-WLH |
| Debtor. | * | |
| | * | |
| | * | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that MARCEY LYNN CHATMAN has filed a MOTION FOR APPROVAL OF SETTLEMENT OF WORKERS' COMPENSATION CLAIM AND DISBURSEMENT OF PROCEEDS with the Court seeking an Order approving the settlement of Debtor's Workers' Compensation claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on this matter in the **Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW Atlanta, Georgia at 9:30 a.m. on May 24, 2017.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 21, 2017

Respectfully submitted,
**GINGOLD & GINGOLD LLC**
**Counsel for Debtor**

By: _____/s/_____
Jamie L. Gingold
Ga. Bar No. 295401
1718 Peachtree Street, N.W., Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARCEY LYNN CHATMAN, | * | |
| | * | CASE NO.15-70160-WLH |
| Debtor. | * | |
| | * | |
| | * | |

DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT OF
WORKERS' COMPENSATION CLAIM AND DISBURSEMENT OF PROCEEDS

COMES NOW, Debtor, by and through counsel, and pursuant to Bankruptcy Rules
9019(a) and 2002(a)(1) and pursuant to the Court's Order dated January 20, 2017, files this
Motion for Approval of Settlement of Workers' Compensation Claim and Disbursement of
Proceeds and show the Court as follows:

1.

Debtor filed the instant Chapter 13 Case on October 20, 2015.

2.

Debtor's Chapter 13 case was confirmed on February 8, 2016.

3.

Among Debtor's assets is Debtor's Workers' Compensation claim. Debtor and Aids
Healthcare Foundation have reached a settlement pending the Court's approval.

4.

Debtor and Aids Healthcare Foundation have reached a settlement of her Workers'
Compensation claim with an Eleven Thousand Nine Hundred and No/100 Dollars ($11,900.00)
settlement.

5.

Debtor proposes to distribute the Eleven Thousand Nine Hundred and No/100 Dollars ($11,900.00) settlement proceeds as follows: Attorney fees for Workers' Compensation Attorney Laura M. Lanzisera in the amount of Two Thousand Nine Hundred Seventy Five and No/100 Dollars ($2,975.00) pursuant to contract, and reimbursement cost in the amount of Sixty Eight and 52/100 Dollars ($68.52). A copy of the settlement agreement and statement of Distribution are attached as Exhibit "A".

6.

Debtor is asking to receive Eight Thousand Eight Hundred Fifty Six and 48/100 Dollars ($8,856.48) of the net proceeds exempted pursuant to O.C.G.A. §44-13-100 (a)(11)(D).

WHEREFORE, Debtor prays:

1.    That this Motion be read, filed, and considered;

2.    That the Court approve the pending settlement;

3.    That Debtor be allowed to retain proceeds in the amount of Eight Thousand Eight Hundred Fifty Six and 48/100 Dollars ($8,856.48) pursuant to O.C.G.A. §44-13-100 (a)(11)(D);

4.    That the Court accord Debtor any other relief it deems just and proper.

Respectfully submitted,
**GINGOLD & GINGOLD LLC**
**Counsel for Debtor**

By: _____/s/_____
Jamie L. Gingold
Ga. Bar No. 295401
1718 Peachtree Street, N.W., Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

Settlement Approved
by Order of the Board Effective
Apr 17 2017

EXHIBIT A

## IN THE STATE BOARD OF WORKERS' COMPENSATION
## STATE OF GEORGIA

Marcey L. Chatman                          Employee/Claimant       SBWC No: 2016-031443
PO BOX 1573                                                        Soc. Sec:            /50
Tucker, GA 30085                                                   D/A: 7/13/2016
(678) 755-6365

Aids Healthcare Foundation                 Employer
Karla Curiel
6255 W Sunset Blvd 21st Fl.
Los Angeles, CA 90028

Laura M. Lanzisera                         Attorney for
The Law Offices of Laura Lanzisera,        Employee/Claimant
LLC
3355 Lenox Road, Suite 600
Atlanta, GA 30326
404-262-0500
Tax ID #45-2588387

Settlement Approved
by Order of the Board Effective
Apr 17 2017

Travelers Property Casualty           Insurer
Company of America
Caller Service No. 1818
Alpharetta, GA 30023-1818
Attn: Jessica Larocco-Olszewski
(678) 317-7323

Tracy T. Leonard                      Attorney for
Dodson & Associates                   Employer/Insurer
Caller Service No. 1808
Alpharetta, GA 30023-1808
(678) 317-7104

## STIPULATION AND AGREEMENT OF NO-LIABILITY

It is stipulated by and between the parties hereto as follows:

1.

All parties are represented by counsel.

2.

The Employee contends that an accidental injury, arising out of and in the course of Employee's employment with Employer, occurred on or about July 13, 2016, resulting in an economic and physical disability as a result of said injury.

3.

Employer and Insurer contend to the contrary as follows:

(a)   Employee did not receive an accidental injury arising out of and in the course of Employee's employment with Employer.

(b)   If Employee did suffer such an injury, any economic or physical disability has been fully resolved.

2

Settlement Approved
by Order of the Board Effective
Apr 17 2017

**4.**

In this posture, the parties stipulate and agree as follows:

(a)    Employee, Employer and Insurer agree that in return for the mutual covenants and promises made, the receipt and sufficiency of which consideration is hereby acknowledged by Employee, neither Employer, Insurer, nor their respective successors or assigns, have any obligation, responsibility or liability to employee under the workers' compensation laws of this State as the result of an accident or injury arising out of and in the course of Employee's employment on or about July 13, 2016. This acknowledgment of no obligation, responsibility or liability includes, but is not limited to, any super-added injury or aggravation or any condition resulting from the accident on or about July 13, 2016. This Agreement includes, but is not limited to, an acknowledgment by Employee of no obligation, responsibility or liability of Employer, Insurer, or their respective successors and assigns, for weekly indemnity payments based upon partial or total economic disability or impairment or loss of use of specific member or of the body as a whole, medical expenses, or expenses in connection with vocational rehabilitation.

(b)    Employee hereby directs that by approval of this Stipulation and Agreement of No-Liability their claim for workers' compensation benefits now pending and styled Marcey L. Chatman v. Aids Healthcare Foundation and Travelers Property Casualty Company of America, SBWC No. 2016-031443; Date of accident: July 13, 2016, shall stand dismissed with prejudice. Employer/Insurer will agree to pay all authorized medical expenses related to this injury date up to the approval of this stipulation.

Settlement Approved
by Order of the Board Effective
Apr 17 2017

5.

This Stipulation and Agreement of No-Liability is submitted to the State Board of Workers' Compensation by parties hereto with the intent that it shall become binding upon the parties once it is approved by the State Board of Workers' Compensation.

6.

The Employee hereby represents and warrants that Employee has no other claims against this Employer under the workers' compensation law and that any other workers' compensation claims of Employee against this Employer are hereby withdrawn and dismissed with prejudice. The parties agree that by entering into this Stipulation that the Employer/Insurer are specifically not waiving their subrogation rights as enumerated in O.C.G.A. §34-9-11.1.

7.

As an inducement to the settlement of this workers' compensation claim, the Employee herein certifies and represents to the Employer/Insurer, to all other parties and to the Georgia State Board of Workers' Compensation that the undersigned attorney is and has been the Employee's sole counsel in this claim and that there are no additional fee contracts, attorney's fee liens or fee agreements regarding this claim.  The undersigned counsel for the Employee certifies and represents that they are sole counsel for the Employee and as such are not aware of any additional fee contracts, attorney's fee liens or fee agreements other than the fee contract of the undersigned with the Employee herein.  Except as set out hereinabove, the Employee represents and warrants that no further medical care is needed or contemplated.  If medical care becomes

4

Settlement Approved
by Order of the Board Effective
Apr 17 2017

necessary in the future as a result of this workers' compensation injury, Employee understands and agrees to be personally responsible for that.

The Claimant stipulates that there are no outstanding child support liens that would prohibit. or prevent the final resolution, settlement, and/or execution of the mutual covenants and promises made herein.

The Employee further represents and warrants that no benefits are currently being received or have been received from Medicare or Medicaid for this injury.

8.

I have read the foregoing paragraphs of this Stipulation and Agreement of No-Liability, understand its terms, and sign it voluntarily by hereby setting my hand and seal, this 12 day of April , 2017.

_____ (L.S.)
Marcey L. Chatman
(Employee)

Approved, accepted and signature guaranteed:

_____
Laura M. Lanzisera
Attorney for Employee


Employer:    Aids Healthcare Foundation

Insurer:    Travelers Property Casualty Company of America

By:  _____
Tracy T. Leonard
Attorney for Employer/Insurer

5

Settlement Approved
by Order of the Board Effective
Apr 17 2017

## CERTIFICATION OF INSURER

I hereby certify that I have complied with O.C.G.A. §34-9-15 and Board Rule 15,

by providing the Employer with a copy of the Stipulation and Agreement in this case.

This 6th day of April, 2017.

*Tracy T. Leonard*

Tracy T. Leonard
Attorney for Employer/Insurer

Employee:    Marcey L. Chatman

Employer:    Aids Healthcare Foundation

SBWC No:        443

D/A:    7/13/2016

6

## IN THE STATE BOARD OF WORKERS' COMPENSATION
## STATE OF GEORGIA

| | | |
|---|---|---|
| Marcey L. Chatman<br>PO BOX 1573<br>Tucker, GA 30085<br>(678) 755-6365 | Employee/Claimant | SBWC No:      -031443<br>Soc. Sec: ~ ~ ~<br>D/A: 7/13/2016 |

Aids Healthcare Foundation        Employer
Karla Curiel
6255 W Sunset Blvd 21st Fl.
Los Angeles, CA 90028

Laura M. Lanzisera                Attorney for
The Law Offices of Laura Lanzisera,   Employee/Claimant
LLC
3355 Lenox Road, Suite 600
Atlanta, GA 30326
404-262-0500
Tax ID #45-2588387

Travelers Property Casualty Company   Insurer
of America
Caller Service No. 1818
Alpharetta, GA 30023-1818
Attn: Jessica Larocco-Olszewski
678-317-7323

Tracy T. Leonard                 Attorney for
Dodson & Associates              Employer/Insurer
Caller Service No. 1808
Alpharetta, GA 30023-1808
678-317-7104

### THROW-AWAY SHEET

The total settlement amount on this no-liability stipulation is ELEVEN THOUSAND

NINE HUNDRED AND NO/100 DOLLARS ($11,900.00) as set out below:

a)    The Claimant will receive EIGHT THOUSAND NINE HUNDRED TWENTY

FIVE AND NO/100 DOLLARS ($8,925.00), minus $8.52 in expenses, subject to Board

approval.

1

b)    The Claimant's attorney, Laura M. Lanzisera will receive TWO THOUSAND NINE HUNDRED SEVENTY FIVE AND NO/100 DOLLARS ($2,975.00), plus $ 6 8.5 2 in expenses, subject to Board approval.

The unauthorized medical bills will be the responsibility of the Claimant.

It is further agreed that the settlement amount of $ 8856.48 (after attorney fees) to be paid to the employee/claimant shall be paid without commutation of interest and shall represent the negotiated, compromised agreement that the employee's life expectancy is 37.9 years or 1977 weeks based upon the employee's rated age of 45 and the Center for Disease Control (CDC) National Vital Statistics Vol. 63, No. 7, Life Table 1 (2010), and that this settlement represents the payment to the employee/claimant of $ 4.48 for the balance of the 1977 weeks of life expectancy into the future.

The above paragraph of this Stipulation and Agreement was prepared solely by Counsel for the Claimant and Counsel for the Employer/Insurer makes no averments concerning the efficacy of the above paragraph of this stipulation.

_____ (L.S.)
Marcey L. Chatman
(Employee)


_____
Laura M. Lanzisera
Attorney for Employee


_____
Tracy T. Leonard
Attorney for Employer/Insurer

RE:   **Client:**        **Marcey Chatman**
      **Employer:**      **Aids Healthcare Foundation**
      **SBWC:**          **2016.**
      **D/A:**           **07/13/2016**

## ITEMIZATION OF EXPENSES

| | |
|---|---|
| Medical records (Kaiser) | $   31.22 |
| Medical records (Southeastern Interventional Pain) | $   37.30 |

**Total**                                         **$   68.52**

WC-15  ATTORNEY CERTIFICATION FOR NO LIABILITY STIPULATIONS

# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

## ATTORNEY CERTIFICATION FOR NO LIABILITY STIPULATIONS

| Board Claim No. | Employee Last Name | Employee First Name | M.I. | Social Security Number | Date of Injury |
|---|---|---|---|---|---|
| 443 | Chatman | Marcey | L. | . . . | 7/13/2016 |

As counsel of record for the employee in the above referenced claim(s), I, _____Laura M. Lanzisera_____ ,
hereby certify and affirm my claim for reimbursable expenses is permitted by Rule 1.8(e) of the Georgia Rules of Professional Conduct
and Board Rule 108 and that I am charging a fair and reasonable fee to my client which does not exceed 25% as allowed by

O.C.G.A. § 34-9-108 and Board Rule 108 as they apply to the alleged accident date(s) of : 7/13/2016

This ___10th___ day of ___Apr___ , ___2017___ .
(Day)                    (Month)                    (Year)

| | |
|---|---|
| Print Name<br>Laura M. Lanzisera | Address<br>3355 Lenox Road, Suite 600 |
| Signature<br> | |
| Telephone Number<br>404-262-0500 | City<br>Atlanta |
| GA Bar Number | State  GA  |  Zip Code  30326 |

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION AT 404-656-3018 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov

WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. §34-9-18 AND §34-9-19).

WC-15          REVISION . 07/2007          **15**          ATTORNEY CERTIFICATION
                                                            FOR NO LIABILITY STIPULATIONS

WC-1  EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

# GEORGIA STATE BOARD OF WORKERS' COMPENSATION
### EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE
NOTE: FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY. MUST BE TYPED OR PRINTED IN BLACK INK.

| Board Claim No. | Employee Last Name | Employee First Name | M.I. | SSN or Board Tracking # | Date of Injury |
|---|---|---|---|---|---|
| | Chatman | Marcey | L | 50 | 07/13/2016 |

## A. IDENTIFYING INFORMATION

| EMPLOYEE | ☐ Male  ☒ Female | Birthdate 11/22/1971 | Phone Number (678)755-6365 | Employee E-mail |
|---|---|---|---|---|

| Address Pob 1573 | | City Tucker | State GA | Zip Code 30085 |
|---|---|---|---|---|

| EMPLOYER | Name Aids Healthcare Foundation | NAICS Code | Nature of Business (Trade, Transport, Mfg.,etc.) |
|---|---|---|---|

| Address 735 Piedmont Ave Ne | Phone Number | Employer FEIN 954112121 |
|---|---|---|

| City Atlanta | State GA | Zip Code 30308-1416 | Employer E-mail |
|---|---|---|---|

| INSURER / SELF-INSURER | Name Travelers Prop Cas Co Of Americ | Insurer/Self-Insurer FEIN 362719165 | Insurer/ Self-Insurer File # 003-CB-E6A4381-E |
|---|---|---|---|

| CLAIMS OFFICE | Name | Claims Office FEIN # 060566050 | Claims Office Phone (678)317-7323 | Claims Office E-mail |
|---|---|---|---|---|

| SBWC ID # (five digit no.) 13039 | Address 1000 Windward Concourse | City Alpharetta | State GA | Zip Code 30005 |
|---|---|---|---|---|

| EMPLOYMENT/WAGE | Date Hired by Employer 02/01/2012 | Job Classified Code No. | Number of Days Worked Per Week 5 | Wage rate at time of Injury or Disease: ☐ per Hour  ☐ per Day  ☐ per Week  ☐ per Month |
|---|---|---|---|---|

| Insurer Type Code  ☐ I - Insurer   ☐ S - Self-Insurer   ☐ G - Group Fund | List Normally Scheduled Days Off | |
|---|---|---|

| INJURY/ILLNESS & MEDICAL | Time of Injury 03:30P  ☐ am  ☐ pm | County of Injury | Date Employer had knowledge of Injury 07/13/2016 | Enter First Date Employee Failed to Work a Full Day |
|---|---|---|---|---|

| Did Employee Receive Full Pay on Date of Injury?  ☐ Yes  ☐ No | Did Injury/Illness Occur on Employer's premises?  ☐ Yes  ☐ No | Type of Injury/Illness Strain | Body Part Affected Soft tissue (neck) |
|---|---|---|---|

How Injury or Illness / Abnormal Health Condition Occurred
Ee was at the coffee Machine and another employee went behind her and

| Treating Physician (Name and Address) | Initial Treatment Given: ☐ None  ☐ Minor: By Employer  ☐ Minor: Clinical/Hospital  ☐ Emergency Room  ☐ Hospitalized > 24hrs | Hospital / Treating Facility (Name and Address) | If Returned to Work, Give Date: / Returned at what wage ___ per Week / If Fatal, Enter Complete Date of Death |
|---|---|---|---|

| Report Prepared By (Print or Type) Jessica Larocco-Olszewski | Telephone Number (678)317-7323 | Date of Report 02/27/2017 |
|---|---|---|

## ☐ B. INCOME BENEFITS Form WC-6 must be filed if weekly benefit is less than maximum

Previously Medical Only  ☐ Yes  ☐ No   Average Weekly Wage: $_____   Weekly benefit: $_____        Date of disability: ___

Date of first Payment: _____   Compensation paid: $_____   or Date salary paid: _____   Penalty paid: $_____

BENEFITS ARE PAYABLE FROM _____ FOR:

☐ Temporary total disability   ☐ Temporary partial disability   ☐ Permanent partial disability of _____ % to _____ for _____ weeks.
UNTIL _____ WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK WITHOUT RESTRICTIONS. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC-2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.

## ☐ C. NOTICE TO CONTROVERT PAYMENT OF COMPENSATION
Benefits will not be paid because:

## ☒ D. MEDICAL ONLY      ☒ No disability paid or controverted

| Insurer / Self-Insurer: Type or Print Name of Person Filing Form Travelers Prop Cas Co Of Americ | Signature | Date 02/27/2017 |
|---|---|---|

| Phone and Ext. 678-317-7323 | E-mail jlarocco@travelers.com |
|---|---|

IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION AT 404-656-3818 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov
WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. §34-9-18 AND §34-9-19).

WC-1      REVISION . 07/2011                    **1**               EMPLOYER'S FIRST REPORT OF INJURY
                                                                    OR OCCUPATIONAL DISEASE
0263001 11/11                          1 OF 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARCEY LYNN CHATMAN, | * | |
| | * | CASE NO.15-70160-WLH |
| Debtor. | * | |
| | * | |
| | * | |

CERTIFICATE OF SERVICE

I, do hereby certify that I have served a true and correct copy of the foregoing Motion For

Approval of Settlement of Workers' Compensation Claim and Disbursement of Proceeds and

Notice of Hearing regarding same via the United States mail, postage prepaid, and electronic

notice to the following:

Nancy J. Whaley            **Electronic notice**
Chapter 13 Trustee
Suntrust Plaza Garden Offices
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Marcey Lynn Chatman
P.O. Box 1573
Tucker, GA 30085

US Trustee                 **Electronic Service**
362 Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Laura M. Lanzisera
The Law Offices of Laura Lanzisera
3355 Lenox Road, Suite 600
Atlanta, GA 30326

All Creditors As Shown Attached.

Dated: April 21, 2017

Respectfully submitted,
**GINGOLD & GINGOLD LLC**
**Counsel for Debtor**

By: _____/s/_____
Jamie L. Gingold
Ga. Bar No. 295401
1718 Peachtree Street, N.W., Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

Label Matrix for local noticing
113E-1
Case 15-70160-wlh
Northern District of Georgia
Atlanta
Fri Apr 21 14:20:13 EDT 2017

Atlas Acquisitions LLC
294 Union Street
Attn Avi Schild
Hackensack, NJ 07601-4303

A+ Financial Services
4039 Jonesboro Road, SE
Atlanta, GA 30297

ACS/Bank of America
501 Bleecker Street
Utica, NY 13501-2401

AES
P.O. Box 1463
Harrisburg, PA 17105-1463

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Aaron's Rent To Own
5399 Memorial Drive
Stone Mountain, GA 30083-3212

Advance America
496 S. Pleasantburg Drive #E
Greenville, SC 29607-2546

Allstate Insurance
7704 Augusta Road
Unit A
Piedmont, SC 29673-6576

Alltel Communications
1001 Technology Drive
Little Rock, AR 72223-5943

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

American InfoSource LP
Midland Funding
P.O. Box 268941
Oklahoma City, OK 73126-8941

Apollo Group Inc
4615 E. Elmwood Street
Phoenix, AZ 85040-1958

Approved Cash Advance
2400 H N. Pleasantburg Drive
Greenville, SC 29609-2706

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601-4303

Budget Rental
P.O. Box 20945
Atlanta, GA 30320-0945

Business Revenue Systems
2419 Spy Run Avenue
Suite A
Fort Wayne, IN 46805-3262

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

(p)CARTER YOUNG INC
882 N MAIN STREET
SUITE 120
CONYERS GA 30012-4442

Central Financial Control
P.O. Box 66044
Anaheim, CA 92816-6044

Charter Communications
2 Digital Place
Simpsonville, SC 29681-5789

Comcast
c/o Stellar Recovery
P.O. Box 2127
Norcross, GA 30091-2127

Convergent Outsourcing Inc
800 SW 39th Street
Renton, WA 98057-4975

Credit Protection
P.O. Box 802068
Dallas, TX 75380-2068

Crescent Bank & Trust
P.O. Box 61813
New Orleans, LA 70161-1813

Cross Country Bank
P.O. Box 17120
Wilmington, DE 19886-7120

Crossing Book Club
P.O. Box 6307
Camp Hill, PA 17012

Dekalb ED Physicians
2701 North Decatur Road
Decatur, GA 30033-5918

Dekalb Medical Center
2701 North Decatur Road
Decatur, GA 30033-5918

Direct TV
c/o NCO Financial
P.O. Box 17205
Wilmington, DE 19850-7205

Dr. Ryland Trynham
2 Pointe Circle
Greenville, SC 29615-3599

Duke Energy
P.O. Box 1245
Charlotte, NC 28201-1245

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408


ECMC
P.O. Box 64909
Saint Paul, MN 55164-0909

Elite Car Rental
215 Duvall Street
Greenville, SC 29607-3737

Elite Enterprise
c/o Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601-4303


Elite Financial Services, Inc.
c/o Pharisee Hall
1215 NE Main Street
Simpsonville, SC 29681-6019

Enterprise Rental
1500 Laurens Road
Greenville, SC 29607-2508

Express Check Advance
3113 Pleasantburg Drive
Greenville, SC 29609-3758


(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

First National Credit
P.O. Box 2490
Omaha, NE 68103-2490

First Premier
P.O. Box 5524
Sioux Falls, SD 57117-5524


Five Oaks Worthing
1200 Montreal Road
Tucker, GA 30084-8214

Geico
1 Geico Plaza
Bethesda, MD 20810-0002

Georgia Natural Gas
P.O. Box 105445
Atlanta, Ga 30348-5445


Georgia Natural Gas
P.O. Box 440667
Kennesaw, GA 30160-9533

Great Lakes Higher Education
2401 International Lane
Madison, WI 53704-3192

Greenville County EMS
P.O. Box 863
Lewisville, NC 27023-0863


Greenville County Tax Comm.
301 University Rdg
Suite 700
Greenville, SC 29601-3659

Greenville Hospital Systems
701 Grove Road
Greenville, SC 29605-4210

Greenville Proaxis Therapy
200 Patewood Drive
Greenville, SC 29615-6323


Greenville Radiology
1210 West Farris Ridge
Greenville, SC 29605-4460

Greenville Water Systems
P.O. Box 687
Greenville, SC 29602-0687

H.J. Russell and Co
504 Fair Street
Atlanta, GA 30313-1206


HJ Russell and Co. #1
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324-0489

HJ Russell and Co. #2
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324-0489

HJ Russell and Co. #3
c/o R. Mays, Attorney
P.O. Box 13489
Atlanta, GA 30324-0489


IDA Dealers
780 Buford Highway
Building C-100
Suwanee, GA 30024-2148

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jhonathan Cano-Castro
3425 Bayshore Drive
Atlanta, GA 30340-4240

Kaiser Permanente
P.O. Box 403055
Atlanta, GA 30384-3055

MCI
c/o LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Managed Recovery Systems
1435B Augusta Street
Greenville, SC 29605

Market Masters Realty
14725 Creek Club Drive
Alpharetta, GA 30004-4373

Milestone Family Medicine
12 Arborland Way
Greenville, SC 29615-2294

National Credit Systems
P.O. Box 312125
Atlanta, GA 31131-2125

National Payment Center
US Department of Education
P.O. Box 150528
Atlanta, GA 30315

National Student Loan Program
Account Control Technology
5531 Business Park South
Bakersfield, CA 93309-1668

National Student Loan Program
P.O. Box 82507
Lincoln, NE 68501-2507

Nelnet
National Student Loan Program
PO Box 82507
Lincoln NE 68501-2507

North Fulton Hospital
3000 Hospital Blvd
Roswell, GA 30076-3899

Northside Hospital
1100 Johnson Ferry Road
Suite 780
Atlanta, GA 30342-1735

Northside Hospital
c/o Patient Account Bureau
P.O. Box 279
Norcross, GA 30091-0279

Premier Bankcard
P.O. Box 2208
Vacaville, CA 95696-8208

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

ROSWELL RADIOLOGY ASSOCIATES
CARTER-YOUNG, INC
882 N. MAIN STREET
SUITE 120
CONYERS, GA 30012-4442

Regional Finance
1414 E Washington Street
Suite H
Greenville, SC 29607-1859

Regional Management Corporation
P.O. Box 776
Mauldin, SC 29662-0776

Roswell Radiology Assoc
3000 Hospital Blvd
Roswell, GA 30076-4915

Roswell Radiology Assoc
c/o Carter-Young, Inc
1500 Klondike Road
Suite A-210
Conyers, GA 30094-5116

Shafer Law Firm
3525 Piedmont Road, NE
5 Piedmont Center, Suite 302
Atlanta, GA 30305-1515

Southern Emergency Physicians
P.O. Box 602162
Charlotte, NC 28260-2162

Springlead Financial
c/o LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

(p) SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St. Francis Women's Hospital
1 St. Francis Drive
Greenville, SC 29601-3955

Stanislaus Credit Control
P.O. Box 480
Modesto, CA 95353-0480

Suntrust
P.O. Box 791144
Baltimore, MD 21279-1144

Surgical Associates
c/o Carter-Young, Inc
1500 Klondike Road
Suite A-210
Conyers, GA 30094-5116

Sydicated Office Systems
P.O. Box 660873
Dallas, TX 75266-0873

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Tenet Healthcare
c/o Ashley Funding Services LLC
c/o Resurgent Capital Services
Greenville, SC 29603

(p)TRITON MANAGEMENT GROUP
P O BOX 241525
MONTGOMERY AL 36124-1525

The Vintage
c/o National Credit Systems
P.O. Box 312125
Atlanta, GA 31131-2125

Triangle Rent-A-Car
399 N. Pleasantburg Drive
Greenville, SC 29607-2125

U S Department of Education
P O Box 16448
St. Paul, MN 55116-0448

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

US Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973

US Department of Education
P.O. Box 16448
Saint Paul, MN 55116-0448

US Department of Education
c/o Progressive Financial Services
1209 4th Avenue - Dept PRO
Nashville, TN 37210-4107

Upper Extremity Rehab
201 Roper Creek Drive
Greenville, SC 29615-6927

Village at Castleberry
c/o National Credit Systems
P.O. Box 312125
Atlanta, GA 31131-2125

Wells Fargo
P.O. Box 969
Greenville, SC 29602-0969

Westgate Resorts
P.O. Box 850001
Orlando, FL 32885-0001

Woodforest Bank
P.O. Box 7889
The Woodlands, TX 77387-7889

Ira D. Gingold
Gingold & Gingold LLC
Suite 385
1718 Peachtree Street NW
Atlanta, GA 30309-2498

Laura M Lanzisera
The Law Offices of Laura Lanzisera
Suite 600
3355 Lenox Road
Atlanta, GA 30326-1353

Marcey Lynn Chatman
P.O. Box 1573
Tucker, GA 30085-1573

Nancy J. Whaley
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Finance Inc.
600 N. Royal Avenue
Evansville, IN 47715

Carter-Young Inc
1500 Klondike Road
Suite A-210
Conyers, GA 30094

FFCC Columbus Inc
P.O. Box 20790
Columbus, OH 43220

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302

Sprint
Attention: Bankruptcy
P.O. Box 7949
Overland Park, KS 66207

T-Mobile
12920 SE 38th Street
Bellevue, WA 98006