UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:  
MARCEY LYNN CHATMAN

Debtor(s)

Case No. A15-70160-WLH

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2015.

2) The plan was confirmed on 02/18/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 08/14/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $12,805.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,169.42 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,169.42** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,758.87 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $314.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,072.87** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CRESCENT BANK & TRUST | Unsecured | NA | 13,208.06 | 13,208.06 | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Secured | 13,701.00 | 6,584.00 | 6,584.00 | 1,878.42 | 218.13 |
| GEORGIA NATURAL GAS | Unsecured | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| GREENVILLE COUNTY TAX COLLE | Priority | 8,133.00 | 0.00 | 1,034.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 507.25 | 546.45 | 546.45 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 454.00 | 454.56 | 454.56 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 734.00 | 694.09 | 694.09 | 0.00 | 0.00 |
| ROSWELL RADIOLOGY ASSOCIATE | Unsecured | 567.00 | 567.00 | 567.00 | 0.00 | 0.00 |
| SOUTHERN EMERGENCY PHYSICIA | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAD FINANCIAL | Unsecured | 1,469.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,191.00 | NA | NA | 0.00 | 0.00 |
| ST.FRANCIS WOMEN'S HOSPITAL | Unsecured | 3,674.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| TENET HEALTHCARE | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| TENET HEALTHCARE | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| THE MONEY STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE VINTAGE | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| TRIANGLE RENT A CAR | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| UPPER EXTREMITY REHAB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST BANK | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| KAISER PERMANENTE | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| KAISER PERMANENTE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MARKET MASTERS REALTY | Unsecured | 2,850.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 1,122.00 | NA | NA | 0.00 | 0.00 |
| MILESTONE FAMILY MEDICINE | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| NORTH FULTON HOSPITAL | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| NORTHSIDE HOSPITAL | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NORTHSIDE HOSPITAL | Unsecured | 1,809.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL FINANCE | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| ROSWELL RADIOLOGY ASSOC | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| FIVE OAKS WORTHING | Unsecured | 4,210.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE COUNTY EMS | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE HOSPITAL SYSTEMS | Unsecured | 3,004.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE PROAXIS THERAPY | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE RADIOLOGY | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE WATER SYSTEMS | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE INC | Unsecured | 1,501.00 | NA | NA | 0.00 | 0.00 |
| ELITE FINANCIAL SERVICES INC | Unsecured | 1,398.60 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL AND CO. | Unsecured | 2,615.00 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL AND CO. | Unsecured | 2,054.00 | NA | NA | 0.00 | 0.00 |
| HJ RUSSELL AND CO | Unsecured | 2,083.00 | NA | NA | 0.00 | 0.00 |
| JHONATHAN CANO-CASTRO | Unsecured | 4,150.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE RESORTS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| A+ FINANCIAL SERVICES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AARON'S RENT TO OWN | Unsecured | 908.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLTEL COMMUNICATIONS | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| APPROVED CASH ADVANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| BUDGET RENTAL | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINANCIAL CONTROL | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| CROSSING BOOK CLUB | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| DEKALB ED PHYSICIANS | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| DEKALB MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| DR.RYLAND TRYNHAM | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| ELITE CAR RENTAL | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ELITE ENTERPRISES | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENTAL | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS CHECK ADVANCE | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,584.00 | $1,878.42 | $218.13 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,584.00** | **$1,878.42** | **$218.13** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,580.81 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,580.81** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,273.71** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,072.87 |
| Disbursements to Creditors | $2,096.55 |
| **TOTAL DISBURSEMENTS :** | **$5,169.42** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/30/2017

                                  By: /s/ Nancy Whaley
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A15-70160-WLH

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MARCEY LYNN CHATMAN
P.O. BOX 1573
TUCKER, GA  30085

**Attorney for the Debtor(s):**
GINGOLD & GINGOLD LLC
1718 PEACHTREE STREET, NW
SUITE 385
ATLANTA, GA  30309

This the 30th day of August, 2017.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**